UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                      :
UNITED STATES OF AMERICA,            :
                                Plaintiff,     :
                                                      :            21 Cr. 278-02 (LGS)
                         -against-               :
                                                      :            <u>SCHEDULING ORDER</u>
WELYNTON GARCIA DE LA CRUZ,       :
                                        Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Welynton Garcia De La Cruz's sentencing hearing shall be held on **January 24, 2022**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **January 4, 2022**.  The Government's pre-sentencing submission, if any, shall be filed by **January 7, 2022.**

Dated: September 1, 2021
        New York, New York

                                                          LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE