UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

UNITED STATES OF AMERICA

v.

WELYNTON GARCIA DE LA CRUZ,

Defendant.

ORDER

21 Cr. 278 (LGS)

------------------------------------------------------------

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 27, 2021;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:   New York, New York
         October 21, 2021

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**