```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   21-CR-278
     -against-                      :
                                    :   ORDER
                                    :
Welynton Garcia De La Cruz          :
                                    :
          Defendant                 :
                                    :
------------------------------------X
```

Honorable Lorna G. Schofield, United States District Judge:

    ORDERED that the defendant's bail be modified to include: mental health evaluation/treatment as directed by Pretrial Services.

Dated: New York, New York
      January 13, 2022

SO ORDERED

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**