UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                            -against-

    WELYNTON GARCIA DE LA CRUZ,
                                 Defendant,
------------------------------------------------------------X

21 Cr. 278-02 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for January 24, 2022, at 11:00 a.m., is adjourned to **January 25, 2022, at 11:00 a.m.**

Dated: January 19, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE